# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| **HERSCHENIA BROWN-KOONCE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 16 C 3084 |
| ) | |
| **HEALTHCARE SERVICES CORP. (BLUE** ) | |
| **CROSS BLUE SHIELD OF ILLINOIS)**, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM ORDER**

Herschenia Brown-Koonce ("Brown-Koonce") filed her Complaint of Employment Discrimination pro se, coupling her Complaint with two other Clerk's-Office-supplied documents: an In Forma Pauperis Application ("Application") and a Motion for Attorney Representation ("Motion"). Although this Court promptly granted the Application, it was compelled to enter and continue the Motion because Brown-Koonce had misunderstood its provision requiring her (in conformity with our Court of Appeals' teaching) to identify efforts she had made on her own to obtain counsel. Accordingly the March 15, 2016 memorandum order that confirmed both of those rulings concluded by sending Brown-Koonce some replacement forms of the Motion and setting an initial status hearing date of 9 a.m. May 10, 2016.

Regrettably Brown-Koonce required longer than had been anticipated to provide the replacement Motion, which only arrived in the Clerk's Office on April 28, 2016. At this point she has qualified for the designation of counsel from a member of this District Court's trial bar to represent her, and this Court has obtained the name of the following lawyer to carry out that responsibility:

William Otto Chatt, Esq.
Chatt & Prince P.C.
16 W 347 83rd Street, Suite C
Burr Ridge, Illinois 60527
Phone: 630-326-4930 Ext. 201
Fax: 630-214-0227
Email: bchatt@chattprince.com.

Because the May 10 date will not provide ample time for the newly designated counsel to meet with Brown-Koonce and to make preliminary judgments as to moving forward with the case (including a determination whether to stay with Brown-Koonce's self-prepared Complaint or, instead, to file an Amended Complaint on her behalf), the May 10 status hearing date is vacated. That initial status hearing is now set for 9 a.m. May 24, 2016.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 3, 2016